■ The People of the State of New York, Respondent, v Ronnie Stewart, Appellant. [825 NYS2d 404]—Appeal from a

judgment of the Erie County Court (Timothy J. Drury, J.), rendered January 26, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the third degree (Penal Law § 220.16 [12]). Contrary to the contention of defendant, his valid waiver of the right to appeal encompasses his challenges to County Court's suppression rulings (*see People v Kemp*, 94 NY2d 831, 833 [1999]; *People v Rosado*, 26 AD3d 891, 892 [2006], *lv denied* 6 NY3d 838 [2006]), as well as his challenge to the severity of the sentence (*see People v Lopez*, 6 NY3d 248, 255 [2006]). Present—Hurlbutt, J.P., Smith, Centra and Pine, JJ.